UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARIGDALIA RAMIREZ-FORT,
Plaintiff,
v.
UNIVERSITY OF CALIFORNIA AT LOS ANGELES, et al.,
Defendants.

Case No. 2:24-cv-09103-SRM-SSC

**JUDGMENT**

Pursuant to the Court's Order dismissing this action without prejudice for failure to prosecute, **IT IS HEREBY ORDERED, ADJUGED, AND DECREED** that final judgment is entered in favor of Defendants Jane Boubelik and the Regents of the University of California.

**IT IS SO ORDERED.**

Dated: October 19, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE